UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 05-CR-196 (DSD/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| Jorge Silva Zugana (1), Jose Galvan Aguilar (2), and Mario Alberto Carranco (3) | |
| Defendants. | |

---

Steven Schleicher, Esq., on behalf of Plaintiff

Leon Trawick Esq., on behalf of Defendant Jorge Silva Zugana (1)

Paul Schneck, Esq., on behalf of Defendant Jose Galvan Aguilar (2)

Darren Borg, Esq., on behalf of Defendant Mario Alberto Carranco (3)

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 15, 2005.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**THEREFORE, IT IS HEREBY ORDERED that:**

1. Defendant Aguilar's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 56) is **DENIED;**

2. The motions of Defendants Zugana, Aguilar and Carranco to Suppress Statements, Admissions and Answers (Doc. Nos. 45, 66 & 35) are **DENIED AS MOOT;**

3. Defendant Zugana's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 68) is **DENIED AS MOOT;**

4. Defendant Aguilar's Motion to Suppress Eyewitness Identification (Doc. No. 65) is **DENIED AS MOOT;**

5. Defendant Carranco's Motion to Suppress Evidence Obtained from Electronic Surveillance and Wiretapping (Doc. No. 33) is **DENIED AS MOOT.**

DATED: August 3, 2005.

                                                s/David S. Doty
                                                Judge David S. Doty
                                                United States District Court Judge